UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DR. BEKHEIT SALAMOON,

        Plaintiff,

v.

RICHMOND UNIVERSITY MEDICAL CENTER,

        Defendant.

**Case No. 22-CV-5951-DG**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

TO THE CLERK AND ALL PARTIES OF RECORD:

WHEREAS, Plaintiff Dr. Bekheit Salamoon commenced this action on October 4, 2022; and

WHEREAS, no answer or motion for summary judgment has been served by Defendant;

NOW, THEREFORE, Plaintiff Dr. Bekheit Salamoon, through his undersigned attorney, voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    May 18, 2023

By:  /s/ *Steven M. Warshawsky*
      Steven M. Warshawsky
      The Warshawsky Law Firm
      *Attorney for Plaintiff*
      118 North Bedford Road, Suite 100
      Mount Kisco, NY  10549
      Tel:  (914) 864-3353
      E-mail:  smw@warshawskylawfirm.com